UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Corey Jawan Robinson,                    )<br>                                                        )<br>                                                        )<br>           Plaintiff,                         )<br>                                                        )<br>v.                                                    )<br>                                                        )<br>                                                        )<br>MD George Amonitti, Practitioner Ms. E )<br>Holcomb, Doctor B Awood, and CCC L )<br>Fripp, Sgt. Jaines Jones; Ofc. Jerome  )<br>Middleton; Ofc. Travis Adams; Ofc.    )<br>Samuel Howell; RN Brenda Fogel Fields; )<br>Sgt. Simmons; Lt. Cooper; Ofc C. Trusho; )<br>CCC T. McCants; Ofc. W. Williams; Ofc. )<br>Gillard; Ofc. P. Owens; and Sgt. Marquart )<br>                                                        )<br>           Defendants.                     | Civil Action No.   5:13-cv-00504-JMC<br><br><br><br><br>ORDER |

Plaintiff, a former inmate with the South Carolina Department of Corrections ("SCDC"), filed this 42 U.S.C. § 1983 action alleging that, while in SCDC custody, Defendants violated his constitutional rights. Plaintiff filed an initial Complaint on February 26, 2013, [Dkt. No 1], and submitted an Amended Complaint on June 17, 2013, which the court permitted to be filed and served. [Dkt. No. 42]. By order dated August 22, 2013, Plaintiff was given until September 5, 2013 to provide the necessary information and paperwork for service of process against Defendants Sgt. Jaines Jones; Ofc. Jerome Middleton; Ofc. Travis Adams; Ofc. Samuel Howell; RN Brenda Fogel Fields; Sgt. Simmons; Lt. Cooper; Ofc C. Trusho; CCC T. McCants; Ofc. W. Williams; Ofc. Gillard; Ofc. P. Owens; and Sgt. Marquart. Plaintiff has failed to provide the requested service documents and has therefore failed to comply with an order of this court. Accordingly, the case against these thirteen Defendants is **DISMISSED** without prejudice

1

pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

United States District Judge

October 1, 2013
Greenville, South Carolina