UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Corey Jawan Robinson, | ) | C/A No.: 5:13-cv-00504-JMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MD George Amonitti, Practitioner Ms. E Holcomb, Doctor B Awood, and CCC L Fripp, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. On November 21, 2013, Defendants filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment. ECF No. 75. As Plaintiff is proceeding pro se, the court entered an order on November 22, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of such motions and of the need for him to file an adequate response. ECF No. 76. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to the motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment by **January 27, 2014**. Plaintiff is further advised that if he fails to

respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

January 9, 2014                                                   Kaymani D. West
Florence, South Carolina                          United States Magistrate Judge